Same case below, 51 Cal. 4th 1104, 127 Cal. Rptr. 3d 2, 253 P.3d 1153.

**No. 11M27. Bobbie Tates, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

565 U.S. 939, 132 S. Ct. 444, 181 L. Ed. 2d 253, 2011 U.S. LEXIS 7430.

October 11, 2011. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

**No. 11M28. Brandie Atkins, Administrator of the Estate of William O. Atkins, Deceased, Petitioner v. City of Chicago, Illinois, et al.**

565 U.S. 939, 132 S. Ct. 444, 181 L. Ed. 2d 253, 2011 U.S. LEXIS 7422.

October 11, 2011. Motion for leave to proceed in forma pauperis without an affidavit of indigency executed by petitioner denied.

Same case below, 631 F.3d 823.

**No. 11M29. DeWayne Carter, Petitioner v. United States.**

565 U.S. 939, 132 S. Ct. 444, 181 L. Ed. 2d 253, 2011 U.S. LEXIS 7275.

October 11, 2011. Motion for leave to file a petition for writ of certiorari under seal with redacted copies for the public record granted.

**No. 11M30. Joseph H. Evans, Petitioner v. United States.**

565 U.S. 939, 132 S. Ct. 444, 181 L. Ed. 2d 253, 2011 U.S. LEXIS 7307.

October 11, 2011. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

**No. 11M31. Eugene Davis, Petitioner v. United States.**

565 U.S. 940, 132 S. Ct. 444, 181 L. Ed. 2d 253, 2011 U.S. LEXIS 7435.

October 11, 2011. Motion for leave to file a petition for writ of certiorari under seal with redacted copies for the public record granted.

Same case below, 414 Fed. Appx. 891.

**No. 11M32. Joel Thomas Steinmetz, Petitioner v. United States Postal Service, et al.**

565 U.S. 939, 132 S. Ct. 444, 181 L. Ed. 2d 253, 2011 U.S. LEXIS 7402.

October 11, 2011. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

**No. 11M33. Penelope W., Petitioner v. Dorothea Dix Psychiatric Center.**

565 U.S. 939, 132 S. Ct. 445, 181 L. Ed. 2d 253, 2011 U.S. LEXIS 7316.

October 11, 2011. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

Same case below, 19 A.3d 813.

**No. 11M34. Frances Endencia, Petitioner v. Village of Streamwood, Illinois, et al.**

565 U.S. 939, 132 S. Ct. 445, 181 L. Ed. 2d 253, 2011 U.S. LEXIS 7377.

October 11, 2011. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.